■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMEL MARCUS, Appellant. [682 NYS2d 605] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 24, 1996 (*People v Marcus,* 228 AD2d 702), affirming a judgment of the Supreme Court, Kings County, rendered April 20, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Sullivan, Florio and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID MARTINEZ, Appellant. [682 NYS2d 606] —Appeal by the defendant from an amended sentence of the County Court, Orange County (Pano Z. Patsalos, J.), imposed August 18, 1997, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of an indeterminate term of $1^1/_3$ to 4 years imprisonment upon his previous conviction of attempted criminal possession of a forged instrument in the second degree.

Ordered that the amended sentence is affirmed.

The issue raised by the defendant on appeal was not raised in the County Court either by motion to vacate or otherwise, and therefore it is not preserved for appellate review (*see, People v Pellegrino,* 60 NY2d 636). In any event, the revocation of the defendant's probation was properly based upon his failure to report to his probation officer on two occasions (*see, People v Powell,* 209 AD2d 645). Miller, J. P., Thompson, Pizzuto, McGinity and Luciano, JJ., concur.